PD-1631-14 & PD-1632-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/27/2015 10:41:31 PM
Accepted 5/28/2015 3:37:11 PM
ABEL ACOSTA
CLERK

No. PD-1631-14 & PD-1632-14

IN THE

## Court of Criminal Appeals
## At Austin

# JIMMIE JOHNSON,
## Appellant

*v.*

# THE STATE OF TEXAS
## Appellee

Cause numbers 1346765 & 1366083
In the 338th Judicial District Court
Of Harris County, Texas

Cause numbers 01-13-01056-CR & 01-13-01057-CR
In the Court of Appeals for the First Judicial District

## *Appellant's Motion to Recall Mandate and to file Petition for Discretionary Review*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

JIMMIE JOHNSON, the appellant moves this Court to recall the mandate issued

by the First Court of Appeals and file his petition for discretionary review. In support of

his motion, the appellant submits the following:

FILED IN
COURT OF CRIMINAL APPEALS

May 28, 2015

ABEL ACOSTA, CLERK

(A)    The appellant's Petition for Discretionary Review was due in this Court on January 14, 2015. The First Court of Appeals issued mandate on February 27, 2015.

(B)    The appellant sought an extension of time until March 4, 2015, to file the appellant's petition for discretionary review. The motion requested additional time based on counsel's illness and hospitalization that incapacitated counsel and rendered it impossible for her to timely file the petition. This Court received the petition but denied the motion for an extension of time and did not file the petition.

(C)    Because counsel fell ill and was unable to timely the appellant's petition, the appellant has been denied the opportunity to have this Court consider his petition for discretionary review. The appellant should not be prejudiced due to counsel's illness.

(D)    Based on the foregoing, the undersigned counsel requests this Court recall the mandate issued by the First Court of Appeals and file the previously received Petition for Discretionary Review.

WHEREFORE, the appellant prays that this Court will Recall Mandate and file Petition for Discretionary Review.

Respectfully submitted,

/s/   **Kelly Smith**
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that this document contains 290 words and a copy of the foregoing was electronically served on the State of Texas.

/s/   **Kelly Smith**
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX 77206
281-734-0668
Kelly.A.Smith.06@gmail.com

*Counsel for the appellant*

2